

**EXHIBIT B**

`Case 7:07-cv-03304-KMK-LMS    Document 1-3    Filed 04/24/2007    Page 3 of 3`

