# DenTek

## At-Home Fitting Instructions

Dental Protector for Nighttime Teeth Grinding (Bruxism)

www.dentekknightguard.com



## Comfort-Fit Guarantee

If you are not completely satisfied with the fit and comfort of this product, we will gladly replace it. If after replacement, you are still not satisfied, we will refund your money (not including taxes and postage costs). To request a replacement or refund, please complete and cut out the form below. Mail the form, product, and original dated register receipt with the correct postage to:

DenTek NightGuard
P.O. Box 49150
Strongsville, OH  44149-0150

Guarantee is valid only if we receive all of the above within 21 days of purchase.

We want you to have relief from nighttime teeth grinding and promise to make the exchange as quickly as possible. However, it may take as long as three weeks to receive your request.

---

Name: _____

Address: _____

City: _____

State: _____  Zip: _____

Email: _____

Telephone: _____

Reason for Return: _____

*All fields required*

---

## Warnings

**Do not use:**
- If you are under 18 years of age.
- If you wear braces, dentures or other dental appliances.
- If you can wiggle any of your teeth.
- If your dentist has told you that you have TMJ.
- If you have any loose tooth or jaw pain, or pain with bruxing or tooth grinding.
- As an athletic mouth guard. *Product does not absorb shock.*
- For more than three months without consulting your dentist.

**Ask a dentist before use if you have:**
- Loose fillings, loose caps or cavities with no fillings.
- Clicking of your jaw.
- Jaw pain, teeth pain, face pain, or have a hard time chewing.
- Two or more missing teeth.
- Mouth sores.
- Gum disease or bleeding gums.
- Serious breathing, respiratory or other health problems.

**When using this product:**
- See your dentist every six months.

**Stop use and ask a dentist if:**
- Your same symptoms last even after several weeks of use.
- The product easily falls out of your mouth.
- The product causes you to gag or feels uncomfortable.
- You have bleeding gums, soreness, or other reaction inside your mouth.
- You notice new symptoms (jaw pain, teeth pain, ear pain, headache, neck stiffness, or joint clicking) because of the product.
- You have loose teeth or a change in your bite that lasts more than a few minutes after taking the product out.

---

## save $1.00 off any DenTek product $2.99 or more

**Consumer:** One coupon per purchase. Cannot be combined with any other coupon or certificate. Void if reproduced, transferred, used to purchase products for resale or where prohibited/regulated by law. Redeemable at participating stores only. Consumer pays sales tax. *Offer Expires 6/01/2008.*
**Retailer:** We will reimburse you the face value of this coupon plus $0.08 handling provided you and the consumer have complied with the terms of this offer. Valid in USA only. Invoices proving sale of qualifying product(s) must be submitted within 30 days of the expiration date. Any other application may constitute fraud. Cash value 1/100th of a cent. Reproduction of this coupon is expressly prohibited. Mail to: DenTek Oral Care, Inc, PO Box 880351, El Paso, TX 88588-0351

200231

5 47701 10076 4   (8100) 0 20023

Questions or Comments
800-4dentek (800-433-6835) www.dentekknightguard.com

Patents Pending
Manf. for: DenTek Oral Care, Inc. Maryville, TN 37801
©2006 DenTek Oral Care, Inc. Made in USA 1206-500256

**EXHIBIT G**

Visit our website, **www.denteknightguard.com**, and you'll find:
- Animated fitting instructions
- Education on Bruxism and stress relief
- Free offers for other DenTek® products

## Use

DenTek® NightGuard is indicated for the protection against Bruxism or nighttime teeth grinding. By cushioning and keeping the teeth apart, DenTek® NightGuard is intended to reduce damage to teeth and to prevent the noise associated with bruxing or teeth grinding.

DenTek® NightGuard is similar to the dental protector recommended by many dentists for nighttime teeth grinding. After fitting, DenTek® NightGuard conforms to your teeth so it is comfortable to wear and stays in your mouth all night.

## Description

DenTek® NightGuard is a moldable dental protector specially designed with two materials:
- The blue, formable material, when heated, molds to your upper molars, front teeth, and most of the gum line for optimal retention.
- The harder base material cushions your teeth and prevents bite through from bruxing/grinding.

The life of your custom fit dental protector will vary based on the force of your teeth grinding. The average dental protector should last approximately six months or more.

## For Best Results

Read and follow instructions BEFORE and DURING custom fitting the dental protector. The dental protector should be fitted to the upper teeth.

If you need additional assistance, visit our website, or call our customer service department between 8am and 5pm eastern standard time and we will guide you through the fitting process.

**www.denteknightguard.com**
**1-800-4DENTEK**

## What You Need To Begin
- A cup of room temperature water
- A pot of boiling water
- A metal kitchen spoon
- A timer



## Test Fitting

*Before you begin boiling*, conduct a "test fitting."

1. Position DenTek® NightGuard in your mouth and bite down. If the arch (U-shape) is too wide or too narrow, squeeze or stretch it to align with the arch of your mouth during the final fitting.

2. If the length of your dental protector extends beyond your last molar and feels uncomfortable, use scissors to cut it along the trim guides. Start at the first line from the end and test fit it again. If that still is not comfortable, cut it again at the second trim line, remembering that it's best if all teeth touch the dental protector. Continue this until the dental protector feels comfortable and all teeth are cushioned. The optimal fit is when all teeth are properly centered and resting on the dental protector.

## Final Fitting

After completing the test fitting, you are now ready to custom fit DenTek NightGuard. Make sure you have a cup of room temperature water ready for cooling.

1. Fill a pot with approximately three inches of water. Boil water until you see a rolling boil with bubbles. Remove the pot from the heating element and let rest for one minute.
2. Submerge dental protector face down into hot water for 25 seconds.
3. Remove dental protector with a metal spoon and submerge into cup of room temperature water for one second to reduce the heat before fitting.
4. Position the dental protector in your mouth, aligning it with your teeth, so that all of your teeth rest on the dental protector. You may need to squeeze or stretch the arch of the dental protector to align with the arch of your mouth.
5. Once in place, bite down firmly and suck in to remove excess moisture. Using your fingers, press in along the gum line under your lip with equal amounts of pressure on both sides of the "U" from the front to the rear teeth, molding the soft blue material up and around your teeth and gum line.

If you did not get a good fit the first time, repeat the boiling process one more time starting at Step 1 above. After the second try, the material loses retention and you will need to follow the instructions for a replacement dental protector.

## Storage and Maintenance

Proper care of your DenTek® NightGuard will extend its life.
- After each use, rinse the dental protector in cool water or mouthwash. Never use hot water on your dental protector as it might lose its shape.
- Store in the hygienic storage container when not in use.



DenTek® NightGuard before molding:

DenTek® NightGuard after molding: