IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MEDTECH PRODUCTS INC., 90 North Broadway Irvington, New York 10533<br><br>Plaintiff,<br><br>v.<br><br>DENTEK ORAL CARE, INC., 307 Excellence Way Maryville, Tennessee 37801<br><br>Defendant. | 07-CV-3304<br><br>CORPORATE DISCLOSURE STATEMENT |

The undersigned counsel of record for Plaintiff Medtech Products Inc. ("Medtech"), pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, states that Medtech has the following parent corporations, subsidiaries not wholly owned, and publicly held companies that own 10% or more of its stock. either directly or indirectly:

Medtech Holdings, Inc.

Prestige Brands, Inc.

Prestige Products Holdings, Inc.

Prestige Brands International, LLC

Prestige International Holdings, LLC

Prestige Brands Holdings, Inc.

**Dated: April 24, 2007.**

                              Respectfully submitted,

                              ALSTON & BIRD LLP

                              By: _____
                                  Karl Geercken (KG 5897)
                                  Amy Manning (AM 0338)
                              90 Park Avenue
                              New York, New York 10016-1387
                              (212) 210-9471 (phone)
                              (212) 210-9444 (facsimile)
                              karl.geercken@alston.com
                              amy.manning@alston.com

Of Counsel:

Todd R. David, GA Bar Number 206526
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com

W. Edward Ramage, TN BPR No. 16261
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.1800
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600
eramage@bakerdonelson.com

Carl M. Davis II, GA Bar Number 207710
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.1800
Six Concourse Parkway
Suite 3100
Atlanta, Georgia 30328
(678) 406-8700
cdavis@bakerdonelson.com

Micheline Kelly Johnson, TN BPR No. 13847

Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com

Attorneys for Plaintiff
Medtech Products Inc.