AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

| Medtech Products, Inc. |
|---|

v.

| Dentek Oral Care, Inc. |
|---|

**APPEARANCE**

Case Number: 07cv3304

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Medtech Products, Inc.
90 North Broadway
Irvington, New York 10533

I certify that I am admitted to practice in this court.

| April 30, 2007 | |
|---|---|
| Date | Signature |
| | Amy Manning |
| | Print Name |
| | Alston & Bird, LLP - 90 Park Avenue |
| | Address |

AM0338
Bar Number

New York, New York 10016
City    State    Zip Code

(212) 210-9543
Phone Number

(212) 210-9444
Fax Number