# United States District Court

__Southern__ DISTRICT OF __New York__

Medtech Products, Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Dentek Oral Care, Inc.

**07 CV 3304**

**JUDGE BRIEANT**

TO: (Name and address of defendant)

Dentek Oral Care, Inc.
307 Excellence Way
Maryville, Tennessee 37801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karl Geercken, Esq.
Amy Manning, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 2 4 2007

CLERK

*[signature: Marcos Quintero]*

DATE

(BY) DEPUTY CLERK

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MEDTECH PRODUCTS INC.,

       Plaintiff,

       -against-

DENTEK ORAL CARE, INC.,

       Defendant.
-------------------------------------------------------X

Case No. 07 CV 3304
(Judge Brieant)

AFFIDAVIT OF SERVICE

STATE OF TENNESSEE  )
       S.S.:
COUNTY OF KNOX      )

ROBERT GOODEN, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 26 day of April, 2007, at approximately the time of 1:15 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND MONEY DAMAGES; INDIVIDUAL PRACTICES OF JUDGE CHARLES L. BRIEANT; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GEORGE A. YANTHIS upon DENTEK ORAL CARE, INC. at 307 Excellence Way, Maryville, TN, by personally delivering and leaving the same with PHIL BYRGE who informed deponent that He holds the position of DIRECTOR OF OPERATIONS with that company and is authorized by appointment to receive service at that address.

PHIL BYRGE is a white male, approximately 40 years of age, stands approximately 6 feet 1 inches tall, weighs approximately 185 pounds with pepper hair.

_____
PROCESS SERVER

Sworn to before me this
3 day of May, 2007

_____
NOTARY PUBLIC

My commission expires June 5, 2007

BARRY A. KALEY
NOTARY PUBLIC AT LARGE
KNOX COUNTY, TENN.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com