IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 7:07-CV-3304-CLB |
| DENTEK ORAL CARE, INC., | ) Judge Charles L. Brieant |
| Defendant. | ) Magistrate Judge George A. Yanthis |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT OR OTHERWISE PLEAD**

Defendant DenTek Oral Care, Inc. and Plaintiff, Medtech Products, Inc., the parties to this action, through their attorneys, hereby stipulate as follows:

WHEREAS, Plaintiff served Defendant with the Complaint in the above-captioned action on April 26, 2007;

WHEREAS, no previous extensions have been obtained; and

WHEREAS, the undersigned counsel for Defendant has conferred with Amy Manning, counsel for Plaintiff, and Plaintiff has agreed to grant a 14 day extension of time to respond or otherwise plead to the Complaint, and to file this Stipulation on its behalf,

NOW, THEREFORE, in consideration of the above, the parties hereby agree as follows:

1. Defendant shall have a 14 day extension of time to respond or otherwise plead to the Complaint, making Defendant's responsive pleading due on Wednesday, May 30, 2007.

Dated: May 15, 2007

_s/ Alan Federbush_
James H. Shalek (JS 7767)
Alan Federbush (AF 5250)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3000 (phone)
(212) 969-2900 (fax)
Jshalek@proskauer.com
Afederbush@proskauer.com

Attorneys for Defendant
DenTek Oral Care, Inc.

ORDER

IT IS SO ORDERED.

White Plains, N.Y.
DATED: May 15, 2007

_____
UNITED STATES DISTRICT JUDGE

2

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Alan Federbush
Attorney at Law

Direct Dial 212.969.3211
afederbush@proskauer.com

May 15, 2007

**By Facsimile**

Honorable Charles L. Brieant
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Medtech Products Inc. v. Dentek Oral Care, Inc.*
      *7:07-CV-3304-CLB*
      Stipulation for extension of time to file Answer

Dear Judge Brieant:

We represent defendant Dentek Oral Care ("Dentek") in this action. Plaintiff, Medtech Products, Inc. served defendant with the Complaint in this action on April 26, 2007. Defendant's Answer is currently due on May 16, 2007, no previous extensions having been granted.

The undersigned has conferred with Amy Manning, counsel for plaintiff and obtained plaintiff's consent to a 14 day extension of time in which to respond or otherwise plead to the Complaint and to so notify the Court on behalf of all parties. Defendant's Answer would thus be due on May 30, 2007.

A stipulation to this effect was filed by email this morning with the White Plains court clerk at the following address: *wpclerk@nysd.uscourts.gov.*

At the suggestion of your deputy, a copy of said stipulation is attached to this facsimile for your review. As an Answer would otherwise be due tomorrow, counsel would greatly appreciate if notice of action on this request could be received prior to that time, with all due apologies for the short notice.

**PROSKAUER ROSE LLP**

Honorable Charles L. Brieant
May 15, 2007
Page 2

Respectfully submitted,

*Alan Federbush*

Alan Federbush


Attachment

cc:   Karl Geercken (counsel for Medtech)
      Amy Manning (counsel for Medtech)
      James H. Shalek (counsel for Dentek)
      Gregory J. Sieczkiewicz (counsel for Dentek)