UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MEDTECH PRODUCTS, INC.,

                **SCHEDULING ORDER**

         Plaintiff,

    - against -                07 Cv. 03302 (UA) (LMS)

RANIR, LLC, et al.,

         Defendant.
------------------------------------------------------x
MEDTECH PRODUCTS, INC.,

         Plaintiff,

    - against -                07 Cv. 03304 (CLB)

DENTEK ORAL CARE, INC.,

         Defendant
------------------------------------------------------x
MEDTECH PRODUCTS, INC.,

         Plaintiff,

    - against -                07 Cv. 03305 (SCR)

POWER PRODUCTS, INC.,

         Defendant.
------------------------------------------------------x
Brieant, J.

    On the Court's own motion the above cases are hereby consolidated. All future filings and proceedings shall be conducted under Docket No. 07 Cv. 03302-UA-LMS.

    A conference of counsel in the Consolidated Action with the Court will be held in

Courtroom 218 on May 31, 2007 at 9:00 A.M.

A hearing date for pending Rule 65 hearing will be discussed, along with the possibility of consolidating such hearing with trial of the merits under Rule 65(a).

The Court will request from each attorney, beginning with Plaintiff's counsel, a brief oral statement reporting the status of the case, setting forth the factual and legal basis for the claims or defenses and outlining the nature of the dispute(s) to be adjudicated. Subject matter jurisdiction will be considered, as well as any other issue which may be relevant to case management.

SO ORDERED.

Dated: White Plains, New York
       May 25, 2007

                                                        _____
                                                        Charles L. Brieant, U.S.D.J.

UNITED STATES DISTRICT COURT                                        Rev. January 2006
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                                                                 Plaintiff(s),       <u>CIVIL CASE DISCOVERY PLAN</u>
                                                                                         <u>AND SCHEDULING ORDER</u>
      - against -

                                                                                               Civ.   (  ) (  )


                                                               Defendant(s).
-------------------------------------------------------------x

        **This Court requires that this case shall be <u>ready for trial</u> on or after**


       The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

The case (is) (is not) to be tried to a jury.

Joinder of additional parties must be accomplished by _____.

Amended pleadings may be filed until _____.

**Discovery:**

1. Interrogatories are to be served by all counsel no later than _____, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (shall) (shall not) apply to this case.

2. First request for production of documents, if any, to be served no later than_____.

3. Depositions to be completed by _____.

      a.    Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.
      b.    Depositions shall proceed concurrently.
      c.    Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.
      d.    If the defense of qualified immunity from suit as a matter of law has been or will be asserted by any defendant(s) with respect to any claim(s) in the case, counsel for any such defendant(s) shall, within thirty (30) days of this order depose plaintiff(s) at least concerning all facts relevant to the issue of qualified immunity. Within thirty (30) days thereafter defendant(s) shall serve consistent with Local Rule 6.1 and file a motion under Rule 12(c) or Rule 56, returnable on a date posted in

the New York Law Journal by Judge Brieant for hearing motions. The motion shall, in the absence of agreement of counsel, be limited to the issue of qualified immunity, and plaintiff(s) version of the events shall be assumed true for purposes of the motion. **Failure to comply with this provision of this Order shall operate as a waiver of the opportunity to resolve the issue of qualified immunity by motion prior to trial.**

4. Any further interrogatories, including expert interrogatories, to be served no later than _____.

5. Requests to Admit, if any to be served no later than _____.

6. Additional provisions relating to discovery agreed upon by counsel for the parties (are) (are not) attached and made a part hereof.

7. All discovery is to be complete by _____.

Dispositive motions, if any, must be served on notice as required by Local Civil Rule 6.1, and must be returnable before the Court on a published motion day, no later than three weeks before the ready for trial date.

Next Case Management Conference _____.
(This date will be set by the Court at the first conference)

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. _____, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

SO ORDERED.

Dated: White Plains, New York

_____
Charles L. Brieant, U.S.D.J.