**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
-----------------------------------X
Medtech Products, Inc.


                Plaintiffs,                NOTICE OF ASSIGNMENT


        -V-                                07-cv-3302 (KMK)(LMS)LEAD
                                              MEMBERS:07-cv-3304
                                                      07-cv-3305
Ranir, LLC, et al


                Defendants.
-----------------------------------X


     Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is assigned to the calendar of

            HON. Kenneth M. Karas

     All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

     The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Assignment on all defendants.


                                   J. Michael McMahon, CLERK


                             by: _____
                                           Deputy Clerk
DATE: 8/6/07



DESIGNATED TO MAGISTRATE JUDGE: Lisa Margaret Smith
CC:  Attorneys of Record
WP ASSIGNMENT FORM
```